IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOPHIA HARTLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CHICAGO MEDICAL CENTER and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 1:22-cv-05891-HDL<br><br>The Hon. Harry D. Leinenweber |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**
*(Fed. R. Civ. P. 7.1 and Civ. L.R. 3.2)*

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Meta Platforms, Inc. ("Meta"), after diligent and thorough review, hereby states the following:

Meta has no parent corporation, and no publicly held corporation owns 10% or more of Meta's stock. Meta has not identified any affiliates.

DATED: January 13, 2023

Respectfully submitted,

By: */s/ Matthew L. Kutcher*
Matthew L. Kutcher
**Cooley LLP**
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

*Attorney for Defendant Meta Platforms, Inc.*