UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Sophia Hartley

                              Plaintiff,

v.                                                               Case No.: 1:22−cv−05891

                                                                      Honorable Harry D. Leinenweber

University of Chicago Medical Center, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 14, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic conference and ruling on motion hearing held. Motion to sever claims against Meta Platforms, Inc and to transfer case to the Northern District of California for consolidation with In re Meta Pixel Healthcare Litigation, Case No. 22−cv−03580−WHO s granted [18]. Motion to dismiss [17] is entered and briefed as follows: response by 3/15/23, reply by 3/29/23. The Court will rule by mail. Mailed notice (maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.