**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| SOPHIA HARTLEY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br><br>UNIVERSITY OF CHICAGO MEDICAL CENTER and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 1:22-cv-05891<br><br>The Honorable Harry D. Leinenweber |

**PLAINTIFF'S MOTION TO CLARIFY THE COURT ORDER DATED NOVEMBER 8, 2023**

Plaintiff Sophia Hartley, individually and on behalf of all others similarly situated, by and through counsel, respectfully moves this Court for clarification of the Court's Order dated November 8, 2023, and in support of her motion, states as follows:

1. On March 3, 2023, Plaintiff filed her First Amended Class Action Complaint asserting claims on a class-wide basis under the Electronic Communication Protection Act (18 U.S.C. § 2510, *et seq.*), breach of implied duty of confidentiality, and intrusion upon seclusion against Defendant University of Chicago Medical Center ("UCMC").[1]

2. On April 10, 2023, UCMC filed a motion to dismiss Plaintiff's First Amended Complaint, which was fully briefed. [Doc. 36-37, 48, 50].

3. On November 8, 2023, the Court issued a ruling granting UCMC's motion and dismissing Count I (ECPA) and Count IV (Implied Duty of Confidentiality) without prejudice and

[1] Plaintiff also asserted claims against Meta Platforms, Inc. ("Meta") under the Stored Communications Act (8 U.S.C. § 2701, *et seq.*) and breach of contract. Plaintiff's claims against Meta were then severed and transferred to the Northern District of California for consolidation with *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-03580-WHO. *See* Doc. 30.

Count V (Intrusion Upon Seclusion) with prejudice. [Doc. 52]. Seemingly inconsistent with its order of dismissal without prejudice, however, the Court's order terminated the case in its entirety. *Id.*

4. Accordingly, Plaintiff respectfully seeks clarification of the Court's November 8, 2023 Order. Specifically, Plaintiff respectfully requests this Court clarify its Order from November 8, 2023, to mean that this case is not terminated, and that Plaintiff is granted leave to file an amended complaint, on or before December 6, 2023 to cure the defects identified by the Court in Counts I and IV, which it dismissed without prejudice.

Wherefore, Plaintiff Sophia Hartley respectfully requests this Court clarify its Order from November 8, 2023, to mean that this case is not terminated, and that Plaintiff is granted leave to file an amended complaint to re-plead Counts I and IV on or before December 6, 2023.

Date: November 9, 2023

Respectfully Submitted,

*/s/ Michael J. Casas*

Ryan F. Stephan
James B. Zouras
Michael J. Casas
**STEPHAN ZOURAS, LLP**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
mcasas@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, Michael J. Casas, an attorney, hereby certify that I caused the foregoing **PLAINTIFF'S MOTION TO CLARIFY THE COURT ORDER DATED NOVEMBER 8, 2023** to be filed with the Court using the ECF/CM system, which will send notice and copy of such filing to all attorneys of record.

*/s/ Michael J. Casas*