IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SOPHIA HARTLEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNIVERSITY OF CHICAGO MEDICAL CENTER,

Defendant.

No. 1:22-cv-05891

**DEFENDANT UNIVERSITY OF CHICAGO MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT AND TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

Pursuant to Federal Rule of Civil Procedure 12(f), 23(c)(1)(A), 23(d)(1)(D), and 56(a), (c), Defendant University of Chicago Medical Center ("UCMC") moves for summary judgment with respect to Count I (Violation of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510, *et seq.*) of the Third Amended Class Action Complaint filed by Plaintiff Sophia Hartley and to strike Plaintiff's class allegations. In support, UCMC is contemporaneously filing a supporting Memorandum of Law.

WHEREFORE, UCMC respectfully requests the Court grant this motion and enter an order granting summary judgment in favor of UCMC with respect to Count I of the Third Amended Class Action Complaint, or *in the alternative*, strike Plaintiff's class allegations and find that her class claim is barred, and granting such other relief as the Court deems appropriate.

Respectfully submitted,

UNIVERSITY OF CHICAGO MEDICAL CENTER

By: */s/ Ryan S. Hedges*
One of Its Attorneys

Ryan S. Hedges
BAKER & HOSTETLER LLP
One North Wacker, Suite 3700
Chicago, IL 60607

Zachary J. Watters
Jason B. Sobelman
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Dated: June 13, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT UNIVERSITY OF CHICAGO MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT AND TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ryan F. Stephan
James B. Zouras
Mohammed A. Rathur
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Phone: (312)233-1550
Fax: (312)233-1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
mrathur@stephanzouras.com

Lauren R. Goldman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-4000
lgoldman@gibsondunn.com

Matthew L. Kutcher
Cooley LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Phone: (312) 881-6500
Fax: (312) 881-6598
mkutcher@cooley.com

on June 13, 2025

*/s/ Ryan S. Hedges*
Ryan S. Hedges