**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sophia Hartley

Plaintiff,

v.

Case No.: 1:22−cv−05891
Honorable Georgia N. Alexakis

University of Chicago Medical Center, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying memorandum opinion and order, the Court denies UCMC's motion to dismiss the third amended complaint [137], denies UCMC's motion for summary judgment [140], and grants UCMC's motion to strike Hartley's class allegations [140]. The parties are directed to meet and confer on how the Court's order affects ongoing discovery proceedings and the possibility of settlement and to report on the outcome of those discussions in their 10/28/25 status report. [159]. If the parties would like the Court to schedule a status hearing on the topics of discovery and/or settlement, they may contact the Courtroom Deputy via email and propose dates for such a hearing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.